UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JENNIFER DAWN ROAHRIG, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:21-CV-26-RLM-MGG |
| MARSHALL COUNTY, | |
| Defendant. | |

ORDER

Jennifer Dawn Roahrig, a prisoner without a lawyer, filed a complaint that didn't state a claim. *See* ECF 51. The court gave her until February 28, 2022, to file an amended complaint based on (and consistent with) the conditions of confinement claim addressed in the screening order. *See* ECF 51 and 53. The court cautioned her that if she didn't do so, this case would be dismissed without further notice. The deadline has passed and she did not respond.

For these reasons, this case is DISMISSED pursuant to 28 U.S.C. § 1915A because the remaining claim does not state a claim for which relief can be granted.

SO ORDERED on March 14, 2022

s/ Robert L. Miller, Jr.
JUDGE
UNITED STATES DISTRICT COURT